IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| Hugo Membreno Melendez )<br> )<br>    Plaintiff, )<br> )<br>v. )<br> )<br> )<br>U.S. Immigration and Customs Enforcement, )<br>et al. )<br> )<br>    Defendant. ) | Civil Action No. 1:25-cv-01622-LMB-WBP |

## **JUDGMENT**

Pursuant to the order of this Court entered on October 16, 2025, and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the plaintiff Hugo Membreno Melendez and against the defendants U.S. Immigration and Customs Enforcement, U.S. Attorney General, and Warden, Farmville Detention Center.

FERNANDO GALINDO, CLERK OF COURT

By: _____/s/_____
K. Galluzzo
Deputy Clerk

Dated: 10/16/2025
Alexandria, Virginia